**RESNICK & LOUIS, P.C.**
MELISSA J. ROOSE, ESQ.
Nevada Bar No. 7889
HEATHER CALIGUIRE FLEMING, ESQ.
Nevada Bar No. 14492
8925 West Russell Road, Suite 220
Las Vegas, NV  89148
mroose@rlattorneys.com
hfleming@rlattorneys.com
Telephone: (702) 997-3800 / Facsimile: (702) 997-3800
*Attorney for Cool Freight Express, Inc.*
*and Tarandeep Singh*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN ORTIZ, | CASE NO.: 3:20-cv-00379-LRH-WGC |
| Plaintiff, | |
| vs. | **MOTION AND NOTICE TO REMOVE AND REPLACE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| COOL FREIGHT EXPRESS, INC., TARANDEEP SINGH, DOES 1 - 10, and ROE CORPORATIONS 1 - 10, Inclusive, | |
| Defendants. | |

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Defendants, COOL FRIEGHT EXPRESS, INC. and TARANDEEP SINGH, hereby move this Honorable Court and provide notice that Veronica N. Fink, Esq. is no longer associated as counsel of record in this matter. In the place and stead of Veronica N. Fink, Esq. will now be Heather Caliguire Fleming, Esq.

RESNICK & LOUIS, P.C. will continue to serve as counsel for Defendants, COOL FRIEGHT EXPRESS, INC. and TARANDEEP SINGH, in this action through their attorneys Melissa J. Roose, Esq. and Heather Caliguire Fleming, Esq. as counsel of record.

1

1    All items including, but not limited to, pleadings, papers, correspondence, documents,

2  and future notices in this action should be directed to both Melissa J. Roose, Esq. and Heather

3  Caliguire Fleming, Esq. of Resnick & Louis, P.C., accordingly.

4

5  DATED this 25th day of September, 2020.    Respectfully Submitted:

6                                             **RESNICK & LOUIS, P.C.**

7                                             */s/ Melissa J. Roose, Esq.*

8                                             _____
                                              MELISSA J. ROOSE, ESQ.
9                                             Nevada Bar No. 7889
                                              HEATHER CALIGUIRE FLEMING, ESQ.
10                                            Nevada Bar No. 14492
                                              8925 West Russell Road, Suite 220
11                                            Las Vegas, NV  89148
                                              *Attorneys for Defendants*
12                                            *Cool Freight Express, Inc. and*
                                              *Tarandeep Singh*
13

14

15

16  **IT IS SO ORDERED:**

17  *William G. Cobb*

18  _____
    UNITED STATES MAGISTRATE JUDGE

19

20  DATED:  September 28, 2020
          _____

21

22

23

24

25

26

27

28